IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **XANITOS, LLC,** )<br> )<br> )<br>          **Plaintiff,**  )<br> )<br>**vs.** )<br> )<br>**AMERICAN HEALTHCARE SYSTEMS** )<br>**ILLINOIS, LLC,** )<br> )<br>          **Defendant.** | **Case No.** 3:23-cv-02339<br>**Deadline for Completion of** Click here to enter text.**Mandatory Mediation Process:** Click to enter a date. |

# REPORT OF MANDATORY MEDIATION

A mediation session was held on October 31, 2023. The outcome of the Mandatory Mediation session is as follows:

☐ **CASE HAS SETTLED**.
   ☐ A stipulation of dismissal is being prepared and will be filed by Click or tap to enter a date..
   Or
   ☐ Additional time is needed to consummate the settlement, and the parties request that the Court enter a 60-day order.

☐ **MEDIATION WAS INCONCLUSIVE**. Another mediation session has been scheduled.

☒ **MEDIATION IS COMPLETE. CASE DID NOT SETTLE**. The case will proceed to trial pursuant to the Court's Scheduling Order.

☐ **OTHER. PLEASE EXPLAIN**.

|  |
|---|
|  |

DATED: 11/14/2023.

/s/ Francis X. Neuner, Jr.
_____
Mediator