**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **XANITOS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 3:23-cv-02339-DWD |
| v. ) | |
| ) | |
| **AMERICAN HEALTHCARE SYSTEMS,** ) | |
| **ILLINOIS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

### **PLAINTIFF XANITOS, INC.'S MOTION TO ENFORCE SETTLEMENT**

COMES NOW Plaintiff Xanitos, Inc. ("Xanitos") by and through undersigned counsel, and for its Motion to Enforce Settlement, hereby states as follows:

1. On December 9, 2024, Plaintiff and Defendant American Healthcare Systems ("AHS"), (collectively the "Parties") entered into a settlement agreement. (*See* Email Chain Dated 12/9/24, attached hereto as Exhibit A.)

2. The settlement agreement involved the following terms:

   a. $650,000 total resolution to be paid by Defendant to Plaintiff with the following payment schedule:

      i. $450,000 paid by December 31, 2024;

      ii. $50,000 paid by January 31, 2025;

      iii. $50,000 paid by February 28, 2025;

      iv. $50,000 paid by March 31, 2025; and

      v. $50,000 paid by April 30, 2025.

(See Ex. A.)

3. On December 23, 2024, Plaintiff sent Defendant a proposed release. (*See* Email Dated 12/23/24, attached hereto as Exhibit B.)

4. On December 27, 2024, Plaintiff sent Defendant wiring instructions for the first payment. (*See* Email Dated 12/27/24, attached hereto as Exhibit C.)

5. Despite entering into the agreement and the first payment deadline coming and going, Defendant has not made the payment that was due on December 31, 2024, and has not executed the proposed (or any) settlement release.

6. A district court has the inherent or equitable power to enforce a settlement agreement in a case pending before it. *Wilson v. Wilson*, 46 F.3d 660, 664 (7th Cir. 1995). A settlement agreement is a contract and is therefore governed by state law. *Id.* at 666. An agreement is enforceable when the "essential terms" are sufficiently "definite and certain so that a court can ascertain the parties' agreement from the stated terms and provisions." *Dillard v. Starcon Int'l, Inc.*, 483 F.3d 502, 507 (7th Cir. 2007). State contract law governs settlement agreements. *Magallanes v. Ill. Bell Telephone Co.*, 535 F.3d 582, 584 (7th Cir. 2008); *Leibowitz v. Trebels*, No. 12 C 1536, 2012 U.S. Dist. LEXIS 163028, 2012 WL 5559554, at *3 (N.D. Ill. Nov. 14, 2012). Under Illinois law, a settlement agreement is valid and binding so long as there is an offer, acceptance, and a meeting of the minds on all material terms. 483 F.3d at 507; *Artuk, Inc. v. AKT Corporation*, 2014 U.S. Dist. LEXIS 108793, 2014 WL 3895920, at *4 (N.D. Ill. Aug. 7, 2014). A meeting of the minds occurs "where there has been assent to the same things in the same sense on all essential terms and conditions." *IMI Norgren, Inc., v. D & D Tooling Mfg., Inc.*, 306 F. Supp.2d 796, 802 (N.D. Ill. 2004).

7. Here, there is no dispute that a settlement agreement was entered into or that the material and essential terms were agreed upon.

8. As outlined above and in Exhibit A, the payment amount and payment terms were agreed upon in writing.

9. Rather, the issue is that Defendant has not performed its obligations under the settlement agreement.

10. Plaintiff therefore requests this Court order Defendant to comply with the settlement agreement by executing the settlement release and making the payments in accordance with the settlement agreement outlined in Exhibit A.

WHEREFORE, Plaintiff Xanitos, Inc. hereby requests this Court enter an Order enforcing the above listed settlement, and for all such further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Jonathan B. Morrow*
Jonathan B. Morrow IL # 6291832
Killian R. Walsh IL #6328908
319 N. 4th Street, Suite 300
St. Louis, MO 63102
Telephone: (314) 690-4757
Facsimile: (816) 396-6233
Email: jmorrow@knightnicastro.com
walsh@knightnicastro.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January 2025 the foregoing was electronically filed using the Court's Electronic Filing System, which will send notice of electronic filing to all registered attorneys of record.

*/s/ Jonathan B. Morrow*