**From:** Thomas H. Riske <thr@carmodymacdonald.com>
**Sent:** Monday, December 9, 2024 10:36 AM
**To:** Killian Walsh
**Cc:** Jon B. Morrow
**Subject:** Re: Xanitos

Great news! Thank you both for your work to get this done.
Tom



**Thomas H. Riske**
Principal • Carmody MacDonald P.C.

Link to Bio

120 S. Central Ave., Suite 1800
St. Louis, Missouri 63105
**Main**: 314.854.8600 | **Direct**: 314.854.8716
**Email**: thr@carmodymacdonald.com

**www.carmodymacdonald.com**

**Member of MERITAS Law Firms Worldwide**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Killian Walsh <Walsh@knightnicastro.com>
**Sent:** Monday, December 9, 2024 10:31:05 AM
**To:** Thomas H. Riske <thr@carmodymacdonald.com>
**Cc:** Jon B. Morrow <jmorrow@knightnicastro.com>
**Subject:** Xanitos

Tom,

My client accepts your client's proposal of the following:
650k total
450k by end of month
End of January 50 k
End of February 50k
End of March 50k
End of April 50k

I will put together a release to send you guys shortly.

Killian

1

**EXHIBIT A**



Killian Walsh
Senior Attorney
319 North 4th Street Suite #300, St. Louis, Missouri 63102
walsh@knightnicastro.com
P: (314) 931-0350   F: 816-396-6233



Email Disclaimer: The information contained in this e-mail, and in any accompanying documents, may constitute confidential and/or legally privileged information. The information is intended only for use by the designated recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient please contact the sender by reply email and delete the original message.