| | |
|---|---|
| **From:** | Thomas H. Riske <thr@carmodymacdonald.com> |
| **Sent:** | Friday, December 27, 2024 8:25 AM |
| **To:** | Killian Walsh |
| **Subject:** | RE: Xanitos |

Killian,

Can you please send wire instructions so I can get the first payment set up?

Thanks,

Tom



**Thomas H. Riske**
Principal • Carmody MacDonald P.C.

Link to Bio

120 S. Central Ave., Suite 1800
St. Louis, Missouri 63105
**Main**: 314.854.8600 | **Direct**: 314.854.8716
**Email**: thr@carmodymacdonald.com

**www.carmodymacdonald.com**

**Member of MERITAS Law Firms Worldwide**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Killian Walsh <Walsh@knightnicastro.com>
**Sent:** Monday, December 23, 2024 11:48 AM
**To:** Thomas H. Riske <thr@carmodymacdonald.com>
**Cc:** Jon B. Morrow <jmorrow@knightnicastro.com>
**Subject:** Xanitos

Tom,

See attached proposed release. Let me know if you have any proposed revisions.

Killian



Killian Walsh
Senior Attorney
319 North 4th Street Suite #300, St. Louis, Missouri 63102
walsh@knightnicastro.com
P: (314) 931-0350   F: 816-396-6233

Boulder · Denver · Billings · Kansas City · Chicago · St. Louis · Peoria · Missoula

**EXHIBIT C**

   

Email Disclaimer: The information contained in this e-mail, and in any accompanying documents, may constitute confidential and/or legally privileged information. The information is intended only for use by the designated recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient please contact the sender by reply email and delete the original message.