# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| XANITOS, INC. | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   Cause No. 3:23-cv-02339-GCS |
| | ) |
| AMERICAN HEALTHCARE SYSTEMS ILLINOIS, LLC, | ) |
| | ) |
|        Defendant. | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Branden S. Stein, and hereby enters his appearance as counsel for Defendant American Healthcare Systems Illinois, LLC, in the above-referenced matter.

Respectfully submitted,

CARMODY MacDONALD P.C.

By:    */s/ Branden S. Stein*
       Thomas H. Riske, Illinois Bar #6301953
       David P. Stoeberl, Illinois Bar # 6244847
       Branden S. Stein, Illinois Bar # 6318145
       120 South Central Avenue, Suite 1800
       St. Louis, Missouri 63105
       (314) 854-8600 Telephone
       (314) 854-8660 Facsimile
       thr@carmodymacdonald.com
       dps@carmodymacdonald.com
       bss@carmodymacdonald.com

Attorneys for Defendant American Healthcare Systems Illinois, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 20th day of June, 2025, upon all counsel of record.

       */s/ Branden S. Stein*