UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| XANITOS, INC.  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AMERICAN HEALTHCARE SYSTEMS  )<br>ILLINOIS, LLC  )<br>  )<br>    Defendant.  ) | Case No. 3:23-CV-02339-DWD |

## JOINT MEMORANDUM REGARDING TRIAL

COME NOW Defendant American Healthcare Systems Illinois, LLC ("AHS") and Plaintiff Xanitos, Inc. ("Xanitos") (collectively, the "Parties"), by and through their undersigned counsel, and provide the following Joint Memorandum:

1. On August 20, 2025, the Court directed the Parties "to advise the Court of any desire for a Bench Trial, rather than a Jury Trial, by September 30, 2025." (ECF No. 72.)

2. The Parties have conferred and agree that a Bench Trial, rather than a Jury Trial, would be preferable for all involved.

3. Pursuant to the Court's Order, the Parties hereby advise the Court that they prefer a Bench Trial.

WHEREFORE, the Parties respectfully ask the Court enter an Order providing that it will proceed with a Bench Trial rather than a Jury Trial, and for such other relief as the Court deems proper and just.

Dated: September 30, 2025

        Respectfully submitted,

        KNIGHT NICASTRO MACKAY LLC

*By:*    */s/ Jonathan B. Morrow*
        Jonathan B. Morrow IL # 6291832
        Killian R. Walsh IL #6328908
        319 N. 4th Street, Suite 300
        St. Louis, MO 63102
        Telephone: (314) 690-4757
        Facsimile: (816) 396-6233
        jmorrow@knightnicastro.com
        walsh@knightnicastro.com

*Attorney(s) for Plaintiff*


CARMODY MACDONALD PC

By:    */s/ Thomas H. Riske*
        David P. Stoeberl, # 6301953 (IL)
        Thomas H. Riske # 6301953 (IL)
        120 South Central Avenue, Suite 1800
        St. Louis, Missouri 63105
        (314) 854-8600 Telephone
        (314) 854-8660 Facsimile
        dps@carmodymacdonald.com
        thr@carmodymacdonald.com

*Attorney(s) for Defendant*


## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 30th day of September, 2025, upon all counsel of record.

        */s/ Thomas H. Riske*