## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| XANITOS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  3:23-cv-02339-GCS |
| v. | ) | |
| | ) | |
| AMERICAN HEALTHCARE SYSTEMS, | ) | |
| ILLINOIS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF XANITOS, INC.'S Rule 26(a)(3) PRE-TRIAL DISCLOSURES

COMES NOW Plaintiff Xanitos, Inc. ("Xanitos"), by and through its undersigned counsel, and makes these Pre-Trial Disclosures, pursuant to Rule 26(a)(3):

**I.**     Rule 26(a)(3)(A)(i):  **Pursuant to F.R.C.P. 26(a)(3)(i), Xanitos intends to have the following witnesses testify at trial:**

**Edward Crothall**

**II.**     Rule 26(a)(3)(A)(ii): **Pursuant to F.R.C.P. 26(a)(3)(ii), Xanitos does not intend to present any testimony of witnesses by deposition**

**III.**     Rule 26(a)(3)(A)(iii): **Pursuant to F.R.C.P. 26(a)(3)(iii), Xanitos intends to admit or offer the following exhibits:**

| File Name and Description |
|---|
| Master Service Agreement |
| 2022 Statement of Work |
| Assignment |
| Notice of Slow Payment Letter |
| Summary of Total Balances Due and Formula |
| Email from Faisal Gill regarding Settlement Agreement |
| Email Chain with Faisal Gill and Edward Crothall regarding meeting and slow payment |

| |
|---|
| **Email from Edward Crothall confirming proposal from Faisal Gill** |
| **Email from Edward Crothall confirming proposal that Faisal Gill requested draft settlement agreement** |
| |

Respectfully submitted,

*/s/ Jonathan B. Morrow*
Jonathan B. Morrow IL #6291832
Killian R. Walsh IL #6328908
319 N. 4ᵗʰ Street, Suite 300
St. Louis, MO 63102
Telephone: (314) 690-4757
Facsimile: (816) 396-6233
Email: jmorrow@knightnicastro.com
walsh@knightnicastro.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 20ᵗʰ day of October, 2025, I electronically filed the above and foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jonathan B. Morrow*