**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **XANITOS, INC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 3:23-cv-02339-DWD** |
| v. ) | |
| ) | |
| **AMERICAN HEALTHCARE SYSTEMS,** ) | |
| **ILLINOIS, LLC,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

**PLAINTIFF'S MOTION FOR REMOTE TESTIMONY AT TRIAL**

Plaintiff Xanitos, Inc., by and through undersigned counsel, for its Motion for Remote Testimony at Trial:

1. This matter is set for a bench trial on November 3, 2025.

2. Pursuant to this Court's November 13, 2024 Order, the Court sets the provisions for remote witness testimony.

3. Pursuant to that Order, Plaintiff requests that its one witness be allowed to testify remotely.

4. Plaintiff submits the following information as to its first witness, Edward Crothall:

    a. Edward Crothall, 17 Campus Boulevard, Suite 150, Newtown Square PA 19073;

    b. Mr. Crothall is expected to testify as to his role in the contract dispute between Plaintiff and Defendant and the financial calculations for Plaintiff's damages;

    c. Mr. Crothall will testify from his office;

    d. Mr. Crothall requests remote testimony because of the burden and cost to travel from Pennsylvania to southern Illinois;

e. Mr. Crothall is expected to testify on the first day of trial, November 3, 2025 in the morning. The exact time is to be determined by the Court;

f. Defense counsel does not object to him appearing remotely;[1]

g. No writ is required.

WHEREFORE Plaintiff Xanitos, Inc. respectfully requests this Court grant its witness leave to appear remotely at the trial, and for all such further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Jonathan B. Morrow*
Jonathan B. Morrow IL #6291832
Killian R. Walsh IL #6328908
319 N. 4th Street, Suite 300
St. Louis, MO 63102
Telephone: (314) 690-4757
Facsimile: (816) 396-6233
Email: jmorrow@knightnicastro.com
walsh@knightnicastro.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October 2025 the foregoing was electronically filed using the Court's Electronic Filing System, which will send notice of electronic filing to all registered attorneys of record.

*/s/ Jonathan B. Morrow*

---

[1] This is based on the assumption that the Court grants Plaintiff's Motion to serve its Pre-Trial disclosures out of time.