## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **XANITOS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 3:23-cv-02339-DWD |
| v. ) | |
| ) | |
| **AMERICAN HEALTHCARE SYSTEMS,** ) | |
| **ILLINOIS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

### JOINT MOTION FOR THE ADOPTION OF CONSENT JUDGMENT

The Parties, Plaintiff Xanitos, Inc. ("Xanitos") and American Healthcare Systems, Illinois, LLC ("AHS") hereby move for the Adoption of Consent Judgment, state as follows:

1.  Pursuant to the Court's Order dated October 23, 2025 [Doc. 78] the Parties are to submit a Joint Motion for the Adoption of a Consent Judgment and Proposed Consent Judgment or, alternatively, a stipulation of dismissal, by October 29, 2025 at 4:30 pm.

2.  The Parties have agreed to a Consent Judgment.

3.  The proposed Consent Judgment, signed by both Parties, is attached hereto as Exhibit A.

4.  The Parties request the Consent Judgment be entered and this matter be dismissed once it has been signed and entered.

WHEREFORE, the Parties Plaintiff Xanitos, Inc. and American Healthcare Systems, Illinois, LLC respectfully request this Court enter and sign the Consent

Judgment, dismiss the case, and for all other and such further relief as this Court deems just and proper.

        Respectfully submitted,
        KNIGHT NICASTRO MACKAY, LLC

        */s/ Jonathan B. Morrow*
        Jonathan B. Morrow IL # 6291832
        Killian R. Walsh IL #6328908
        319 N. 4th Street, Suite 300
        St. Louis, MO 63102
        Telephone: (314) 690-4757
        Facsimile: (816) 396-6233
        Email: jmorrow@knightnicastro.com
              walsh@knightnicastro.com
        *Attorneys for Plaintiff*

        CARMODY MACDONALD PC

By:   */s/ Thomas H. Riske*
       David P. Stoeberl, # 6301953 (IL)
       Thomas H. Riske # 6301953 (IL)
       120 South Central Avenue, Suite 1800
       St. Louis, Missouri 63105
       (314) 854-8600 Telephone
       (314) 854-8660 Facsimile
       dps@carmodymacdonald.com
       thr@carmodymacdonald.com
       *Attorney(s) for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th day of October, 2025 the foregoing was electronically filed using the Court's Electronic Filing System, which will send notice of electronic filing to all registered attorneys of record.

                                              */s/ Jonathan B. Morrow*