# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| XANITOS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:23-cv-02339-DWD |
| v. ) | |
| ) | |
| AMERICAN HEALTHCARE SYSTEMS, ) | |
| ILLINOIS, LLC, ) | |
| ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

The Court, receiving Consent of both Parties, Plaintiff Xanitos, Inc. ("Xanitos") and American Healthcare Systems, Illinois, LLC ("AHS") enters this Consent Judgment and makes the following findings of fact and conclusions of law:

1. On March 15, 2016, Xanitos and QHCCS, LLC ("QHC") entered into a Master Service Agreement ("Master Service Agreement") wherein Xanitos was to provide environmental services, linen distribution, and patient transportation services at QHC hospitals in exchange for payment from QHC.

2. On February 21, 2022, a Statement of Work was entered into ("Statement of Work") which pertained to one specific location, Granite City Illinois Hospital Company, LLC d/b/a Gateway Regional Medical Center ("Gateway.")

3. On March 1, 2023, AHS purchased QHC. As part of this purchase, AHS acquired Gateway.

4. On March 1, 2023, QHC entered into an Assignment and Assumption Agreement (hereinafter "Assignment") with American Healthcare. As part of the

Assignment, American Healthcare took over for QHC as a party to the 2016 Master Service Agreement.

5. Pursuant to the Master Service Agreement and the agreement of the Parties, Tennessee Law applies to all disputes arising out of the Master Service Agreement or Statement of Work.

6. To avoid the expense and uncertainty of further litigation, and without any admission of liability by anyone, the Parties wish to compromise, settle and forever resolve all claims, disputes, judgments and causes of action that have been made or that could be made by any Party in connection or arising out of the Master Service Agreement or Statement of Work.

7. The Court hereby enters Judgment for Plaintiff Xanitos and against Defendant AHS in the amount of Eight Hundred Thousand Dollars and Zero Cents ($800,000.00).

8. The Court finds that the Judgment Amount is to be satisfied according to the following payment schedule:

   a. A payment in the amount of $33,333 shall be paid on November 15, 2025;

   b. A payment in the amount of $100,000 shall be paid on December 31, 2025;

   c. Payments in the amount of $33,333 shall be paid per month on each January 31, 2026 and February 28, 2026;

   d. A payment in the amount of $100,000 shall be paid on March 31, 2026;

   e. Payments in the amount of $33,333 shall be paid per month on each April 30, 2026, May 31, 2026, June 30, 2026, July 31, 2026, August 31, 2026,

    September 30, 2026, October 31, 2026, November 30, 2026, December 31, 2026, January 31, 2027, February 28, 2027, March 31, 2027, April 30, 2027, May 31, 2027, and June 30, 2027.

9.  Payments shall be made via same day ACH or wire transfer.

10.  AHS is entitled to two 7-day grace periods per year, which means that AHS may make two late payments per calendar year, provided that the payment is made within 7 days. AHS is not entitled to a grace period for 2025.

11.  Interest on any late payment shall be calculated at 15%.

12.  The "Possible Judgment Amount" is defined as the amount that Xanitos would receive if it were to get a judgment following trial.

13.  In the event that AHS defaults on any of the payments in the payment schedule, excluding those that fall within the grace periods defined in paragraph 11, the entire Possible Judgment Amount becomes due immediately.

14.  The Possible Judgment Amount is $1,129,384.07 and is broken down as follows:

  a. Outstanding Principal: $229,553.40.

  b. Early Termination Payment: $497,057.23, which is calculated by multiplying the number of weeks remaining in the initial 24 months of the SOW, multiplied by the immediately preceding 26-week average weekly revenue, multiplied by 40%.

  c. Interest as of November 10, 2025: $110,185.63 which was calculated at 1.5% of the principal per month from March 10, 2023.

    d. Attorney's Fees: Xanitos' attorney's fees are $52,652.00 as of October 20, 2025 and are likely to exceed $70,000 following trial. $70,000 is number that is included in judgment amount.

    e. Pre-judgment interest pursuant to Tenn. Code Ann. § 47-14-103 and Tenn. Code Ann. § 47-14-123 calculated at 10 % (statutory maximum) from March 10, 2023 to November 10, 2025 = $222,587.81.

15. The Court finds that Xanitos reserves its right to file any action to enforce this Judgment.

SO ORDERED.

_____             _____

Judge David W. Dugan                                               Date

Signed by the parties as well:

_Jonathan Burket_
Printed Name, of AHS

_Jonathan Burket_                              10/29/2025
Signature                                      Date

_____
Printed Name, of Xanitos

_____                         _____
Signature                                      Date