UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

XANITOS, INC.                          )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )          Case No. 3:23-CV-02339-DWD
                                       )
AMERICAN HEALTHCARE SYSTEMS            )
ILLINOIS, LLC                          )
                                       )
          Defendant.                   )

**MOTION OF DAVID P. STOEBERL, THOMAS H. RISKE, BRANDEN S. STEIN AND THE LAW FIRM OF CARMODY MACDONALD P.C. TO WITHDRAW AS COUNSEL FOR DEFENDANT AMERICAN HEALTHCARE SYSTEMS ILLINOIS, LLC**

COMES NOW David P. Stoeberl, Thomas H. Riske, Branden S. Stein and the law firm of Carmody MacDonald P.C., (collectively "Carmody MacDonald"), and for their motion to withdraw as counsel for Defendant American Healthcare Systems Illinois, LLC ("AHS"), pursuant to SDIL-LR 83.1(h), state as follows:

1.      Carmody MacDonald represents AHS in the above-captioned action. This matter was previously resolved on October 30, 2025, by entry of a Consent Judgment. [Docket No. 83].

2.      Though a consent judgment has been entered, the terms of it are not yet complete and Carmody MacDonald remains counsel of record for AHS.

3.      Due to professional considerations, which have been communicated to AHS, Carmody MacDonald seeks to withdraw as AHS's counsel in this matter.

4.      The last known address is 2100 Madison Ave., Granite City, Il 62040, and their business address is the same.

5.      AHS has been advised that they will need to seek other counsel should there be additional proceedings in this matter.  AHS has also been advised that they have fourteen (14) days to respond to this motion and, within twenty-one (21) days of entry of an Order of Withdrawal,

they or new counsel on their behalf, shall file with the clerk of court a supplementary appearance that provides an address at which AHS and or new counsel may receive service of documents in the case.

6.      Given that a consent judgment has previously been entered, granting of this motion will not cause any delay in these proceedings and would not otherwise be inequitable.

7.      Notice of this motion has been provided by first-class, U.S. Postal Service certified mail to Defendant American Healthcare Systems, LLC at the following address:

American Healthcare Systems Illinois, LLC
2100 Madison Ave.,
Granite City, Il 62040

WHEREFORE, Carmody MacDonald respectfully requests that the Court, after allowing AHS fourteen (14) days to respond, enter an order granting this Motion, withdrawing Carmody MacDonald as AHS's counsel in this matter, allowing AHS twenty-one (21) days of any Order of Withdrawal for AHS or new counsel on its behalf to file with the clerk of court  supplementary appearance that provides an address at which AHS or its new counsel may receive service of documents in the case, and entering such other and further relief as the Court deems just and proper.

Respectfully submitted,

CARMODY MACDONALD PC

By:    */s/ David P. Stoeberl*
      David P. Stoeberl, #6244847 (IL)
      Thomas H. Riske #6301953 (IL)
      Branden S. Stein, #6318145(IL)
      120 South Central Avenue, Suite 1800
      St. Louis, Missouri 63105
      (314) 854-8600 Telephone
      (314) 854-8660 Facsimile
      dps@carmodymacdonald.com
      thr@carmodymacdonald.com
      bss@carmodymacdonald.com

*Attorneys for Defendant American Healthcare Systems Illinois, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August ___, 2026, a true and correct copy of the foregoing document was served by ECF electronic noticing on upon all counsel of record and mailed via first-class U.S. Postal Service certified mail to:

American Healthcare Systems Illinois, LLC
2100 Madison Ave.,
Granite City, Illinois 62040

      */s/ David P. Stoeberl*

3