UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

XANITOS, INC.                                    )
                                                 )
            Plaintiff,                           )
                                                 )
v.                                               )        Case No. 3:23-CV-02339-DWD
                                                 )
AMERICAN HEALTHCARE SYSTEMS      )
ILLINOIS, LLC                                    )
                                                 )
            Defendant.                           )

### NOTCE OF AMENDED CERTIFICATE OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AMERICAN HEALTHCARE SYSTEMS ILLINOIS, LLC

PLEASE TAKE Notice that David P. Stoeberl, Thomas H. Riske, Branden S. Stein and the

law firm of Carmody MacDonald P.C., (collectively "Carmody MacDonald"), filed its Motion to

withdraw as counsel for Defendant American Healthcare Systems Illinois, LLC on August 7, 2026.

A copy of the motion was mailed to Defendant on July 30, 2026, and a copy of the motion with

the Court's electronic file stamp was mailed to Defendant on August 10, 2026, to the following

address:

American Healthcare Systems Illinois, LLC
2100 Madison Ave.,
Granite City, Il 62040

Respectfully submitted,

CARMODY MACDONALD PC

By:    /s/ David P. Stoeberl
David P. Stoeberl, #6244847 (IL)
Thomas H. Riske #6301953 (IL)
Branden S. Stein, #6318145(IL)
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 Telephone
(314) 854-8660 Facsimile
dps@carmodymacdonald.com
thr@carmodymacdonald.com
bss@carmodymacdonald.com

*Attorneys for Defendant American Healthcare Systems Illinois, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2026, a true and correct copy of the foregoing document was served by ECF electronic noticing on upon all counsel of record and mailed via first-class U.S. Postal Service certified mail to:

American Healthcare Systems Illinois, LLC
2100 Madison Ave.,
Granite City, Illinois 62040

   /s/ David P. Stoeberl

2