UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| XANITOS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS ILLINOIS, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:23-CV-02339-DWD |

**NOTICE OF COMPLIANCE**

COMES NOW David P. Stoeberl, Thomas H. Riske, Branden S. Stein and the law firm of Carmody MacDonald P.C., and hereby provide notice that they have complied with the Court's instructions set forth in its Order (Doc. 86).

Respectfully submitted,

CARMODY MACDONALD PC

By: *_/s/ David P. Stoeberl_*

David P. Stoeberl, #6244847 (IL)
Thomas H. Riske #6301953 (IL)
Branden S. Stein, #6318145(IL)
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 Telephone
(314) 854-8660 Facsimile
dps@carmodymacdonald.com
thr@carmodymacdonald.com
bss@carmodymacdonald.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2026, a true and correct copy of the foregoing document was served by ECF electronic noticing on upon all counsel of record.

*/s/ David P. Stoeberl*